In the Matter of the Claim of GUISEPPE VOLLPE, Respondent, against JOHN PETTI, Doing Business as WESTCHESTER CONCRETE COMPANY et al., Appellants. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*George J. Stacy* and *James J. Mahoney* for appellants. *John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.